# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| KAREN L. POLLETTE, <br><br> Plaintiff, <br><br> Vs. <br><br> AIRGATE PCS, INC., <br><br> Defendant. | File No.: _____ <br><br> **ORDER OF ADMISSION** |

It appearing to the Court that the requirements stated in LR 83.1 for Special Admission have been satisfied, William P. Jones' request to appear *pro hac vice* in the United States District Court for the Western District of North Carolina in the subject case is **GRANTED**.

This 5th day of July, 2005.

Carl Horn, III
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

**NAME OF PETITIONER:** William P. Jones
Georgia Bar # 398228
EPSTEIN BECKER & GREEN, P.C.
945 East Paces Ferry Road
Suite 2700
Atlanta, Georgia 30326-1380
Telephone: (404) 923-9000
Facsimile: (404) 923-9099