## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

KAREN L. POLLETTE,

     Plaintiff,

Vs.

AIRGATE PCS, INC.,

     Defendant.

File No.: _5:05 CV 217_

**ORDER OF ADMISSION**

It appearing to the Court that the requirements stated in LR 83.1 for Special Admission have been satisfied, John C. Stivarius, Jr.'s request to appear *pro hac vice* in the United States District Court for the Western District of North Carolina in the subject case is **GRANTED**.

This _5th_ day of _July_, 2005.

_Carl Horn, III_
UNITED STATES ~~DISTRICT~~ JUDGE
_MAGISTRATE_

**NAME OF PETITIONER:** John C. Stivarius, Jr.
Georgia Bar # 682599
EPSTEIN BECKER & GREEN, P.C.
945 East Paces Ferry Road
Suite 2700
Atlanta, Georgia 30326-1380
Telephone: (404) 923-9000
Facsimile: (404) 923-9099